appellants perfect the appeal for the February term (for which term the case is set down) and be ready for argument when reached; otherwise, motion denied, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

In the Matter of PARIS MONTROSE, an Attorney.— Application for modification of order of suspension denied. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Tompkins, JJ.

In the Matter of the Application of FRANK J. VITALE, Petitioner, for a Peremptory Mandamus Order Directed against Hon. JOHN MACCRATE, Justice of the Supreme Court, Respondent.— Application for peremptory mandamus order denied. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

· In the Matter of the Application of WILLIAM H. JACKSON for the Removal of AUSTIN J. YERKS from the Office of Trustee of the Village of Ossining, Westchester County, New York.— Motion for stay pending application for leave to appeal to the Court of Appeals granted. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

In the Matter of the Application of WILLIAM H. JACKSON for the Removal of AUSTIN J. YERKS from the Office of Trustee of the Village of Ossining, Westchester County, New York.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

GLADYS C. JOHNSON, Respondent, v. HARRISON ENGINEERING AND CONTRACTING CORPORATION, Appellant, and RICHARD B. TERRY, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

LENA KAPLAN, by SAM EDELMAN, Her Special Guardian ad Litem, Appellant, v. ISIDORE KAPLAN, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted, the following questions to be certified: (1) Does the complaint state facts sufficient to constitute a cause of action? (2) May a person legally declared incompetent maintain an action for a separation through a duly authorized representative? Motion to extend time to plead granted. Motion for stay pending appeal to the Court of Appeals granted. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

SALLIE V. KILROY, Respondent, v. UNITED STATES FIRE INSURANCE COMPANY OF NEW YORK, Appellant. (Appeal No. 1.) — Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Motion for stay denied. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

MAX KUPERSCHMID, Respondent, v. GUSSIE WILDSTEIN and DAVID ICHKOWITZ, Appellants.— Motion to dismiss appeal granted, with ten dollars costs, and appeal dismissed, with costs. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

SADIE KWESTEL, Appellant, v. HARRY KWESTEL, Respondent.— Motion for reargument denied. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

ROSE T. LANGNER, by GITELE LEIFER, Her Guardian ad Litem, Appellant, v. IZAAK LANGNER, Respondent.— Motion for reargument granted, and upon reargument judgment reversed upon the law· and the facts, and a new trial granted.